**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL

       Plaintiff,

v.

BRUCE D. CHAPMAN

       Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL SUPPLEMENTAL
DISCOVERY RESPONSES**

---

THIS MATTER comes before the Court on Defendant Bruce D. Chapman's Motion to Compel Supplemental Discovery Responses filed on January 16, 2013. The Court, having considered the motion, and any related filings, and otherwise being fully advised in these premises, finds and concludes that Defendant's Motion to Compel is GRANTED.

Plaintiff Mary Alice Karol shall have 20 days from the date of this Order to supplement her discovery responses, specifically, to provide the following to Defendant:

(1) documentation referred to, relating to or described in Plaintiff's response to Interrogatory No. 16 regarding her real estate investments;

2

(2) all supporting documentation to Plaintiff's 2007, 2008, 2009, 2010 and 2011 tax returns, such as, form K-1's, etc. that pertain to any real estate or other investment;

(3) the June 2010 email from Plaintiff to Mr. Craig Cohn identified in her interrogatory response; and

(4) the documents relating to Plaintiff's 2010 trip to Paris.

Dated this 24th day of January, 2013.

BY THE COURT:

s/Richard P.Matsch

Richard P. Matsch, Senior District Judge