IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL,

     Plaintiff,

v.

BRUCE D. CHAPMAN,

     Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the Unopposed Motion to Amend Scheduling Order [18] filed January 23, 2013, it is

ORDERED that the Scheduling Order is amended as follows:

1. Plaintiff Designation of Experts, provide opposing Counsel with all information specified in Fed.R.Civ.P. 26(2) on or before 03-01-13.

2. Submission of service of all Discovery Deadline 03-01-13.

3. Parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before 04-01-13.

4. Rebuttal of Expert Opinions will be exchanged on or before 05-01-13.

5. Discovery Cut-Off Deadline 05-28-13.

6. Dispositive Motion Deadline including Summary Judgment 06-24-13.

Dated: January 24th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge