IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL,

    Plaintiff,

v.

BRUCE D. CHAPMAN,

    Defendant.

_____

ORDER FOR FILING AMENDED COMPLAINT
_____

On January 10, 2013, the plaintiff filed an amended complaint. The defendant filed objections on January 15, 2013, noting that no motion for leave to file had been filed and objecting to any claim for lost profits. The plaintiff responded to the objections. Upon review of the amended complaint, overlooking the typographical errors and without ruling on the damages claimed, it is

ORDERED, the amended complaint is filed.

Dated: January 24th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge