IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL,

    Plaintiff,

v.

BRUCE D. CHAPMAN,

    Defendant.

_____

## ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT
_____

Upon review of Plaintiff's Motion for Leave to File a Second Amended Complaint [28], filed February 20, 2013, it is

ORDERED that the motion is granted and Plaintiff's Second Amended Complaint attached thereto is accepted for filing.

Dated:   February 21, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge