IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL,

    Plaintiff,

v.

CHAPMAN LAW GROUP, P.C.,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF AMENDED COMPLAINT
_____

On February 12, 2013, the defendant, Bruce d. Chapman, filed a motion for partial dismissal of the amended complaint, [25], seeking dismissal of a claim for lost profits and attorney's fees. The plaintiff filed a motion to file a second amended complaint, on February 20, 2013, correcting the defendant to the Chapman Law Group, P.C. rather than Bruce D. Chapman. That motion was granted and the second amended complaint was filed February 21, 2013. On the same date, the plaintiff filed a response to defendant's motion for partial dismissal of amended complaint, agreeing to withdraw the request for attorney fees. Plaintiff also filed a motion to extend pretrial scheduling order as to naming experts, seeking an extension through April 1st to name experts. That motion will be set for hearing because it is not clear what expert testimony the plaintiff intends to seek. It is now

ORDERED that defendant's motion for partial dismissal of the amended complaint, now addressed to the second amended complaint, is denied and it is

FURTHER ORDERED that the motion to extend pretrial scheduling order as to naming experts

will be scheduled for hearing.

DATED: February 22nd , 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge