IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL,

     Plaintiff,

v.

BRUCE D. CHAPMAN,

     Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing conducted on March 19, 2013, it is

ORDERED that a pretrial conference is scheduled for **May 17, 2013, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 9, 2013.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

Dated: March 20th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge