IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL

    Plaintiff,

v.

CHAPMAN LAW GROUP, P.C.

    Defendant.

---

### ORDER AMENDING SCHEDULING ORDER AND VACATING PRETRIAL CONFERENCE

---

Upon review of the Joint Motion to Vacate May 17, 2013 Pre-Trial Conference and Amend Scheduling Order filed April 30, 2013, it is hereby ORDERED that:

The Motion is granted and the Scheduling Order is amended as follows:

1. The discovery cutoff in this case is extended to June 14, 2013.

2. Defendant shall serve its Rule 26(a)(2) disclosures on or before May 31, 2013.

Further, the Court vacates the May 17, 2013 Pre-Trial Conference, to be re-set after the parties May 23, 2013 Settlement Conference if necessary. The parties shall advise the Court accordingly.

Dated: May 1st, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge