IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01476-RPM-MEH

MARY ALICE KAROL,

    Plaintiff,

v.

CHAPMAN LAW GROUP, P.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 17, 2013.**

    Defendant's Motion for Leave for Adjuster to Appear at Settlement Conference by Phone [filed May 17, 2013; docket #48] is **granted** as follows. Counsel for Defendant shall ensure that the insurance adjustor is available by telephone throughout the entirety of the Settlement Conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations at the conference, the conference may be recessed and re-convened at a time when the adjustor can be present, and costs of the recessed conference may be assessed against the Defendant.