IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL

       Plaintiff,

v.

CHAPMAN LAW GROUP, P.C.

       Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Upon review of the Joint Motion to Amend Scheduling Order, it is hereby ORDERED that:

The Motion is granted and the Scheduling Order is amended as follows:

1. Defendant shall serve its Rule 26(a)(2) disclosures on or before September 10, 2013;

2. The discovery cutoff in this case is extended to September 30, 2013.

Dated: May 29th, 2013

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge