IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01476-RPM

MARY ALICE KAROL,

    Plaintiff,

v.

BRUCE D. CHAPMAN,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Upon review of the Agreed Stipulation of Dismissal [63] filed August 15, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Dated: August 16th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge